IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

UNITED STATES OF AMERICA

v.     CRIMINAL NO. 1:24-000143

TRAVIS LEE HARRY

**WRITTEN PLEA OF GUILTY**

In the presence of Derrick W. Lefler, Esquire, my counsel, who has fully explained the charges contained in the Indictment against me, and, having received a copy of the Indictment from the United States Attorney before being called upon to plead, I hereby plead guilty to Count Four of the Indictment.

DATE: 03/03/25         _____
                              (Defendant)

Witness:
_____
       (Counsel)